

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § § § § § § | CRIMINAL NO.: 2:26-MJ-2 |
| v. | |
| Raul NAVARRO-CASTANEDA | JUDGE WYRICK |

### CRIMINAL COMPLAINT

I, John Bulla, being first duly sworn, do hereby depose and state as follows:

### COUNT ONE

### (Reentry of Removed Alien, 8 U.S.C. § 1326(a))

The United States charges that on or about January 2, 2026, within the Eastern District of Tennessee, RAUL NAVARRO-CASTANEDA, an alien, was found in the United States after having last been removed and deported therefrom on or about January 16, 2024, at or near Harlingen, Texas and whose deportation was subsequent to a felony conviction, and not having obtained the express consent of the Secretary of Homeland Security or the Attorney General of the United States to reapply for admission to the United States, in violation of 8 U.S.C. § 1326(a) and (b).

### INTRODUCTION

1. I am a Special Agent with Homeland Security Investigations ("HSI"), a component of U.S. Immigration and Customs Enforcement ("ICE") and have been so employed since September 2019.

1

2. I am a graduate of the Federal Law Enforcement Training Center. Prior to joining HSI, I was employed by the Elizabethton Police Department ("EPD") in Elizabethton, TN from 2009 through 2019.

3. I make this affidavit in support of an application for a criminal complaint authorizing the issuance of an arrest warrant for RAUL NAVARRO-CASTANEDA for the crime of illegal reentry of a previously removed alien, in violation of 8 U.S.C. § 1326(a).

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, and witnesses.

5. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the crimes alleged in this complaint.

## PROBABLE CAUSE

6. As detailed herein, probable cause exists to believe RAUL NAVARRO-CASTANEDA committed the offense of Reentry of a Removed Alien in violation of 8 U.S.C. § 1326(a) in the Eastern District of Tennessee and states as follows:

7. On January 5, 2025, a representative from ICE-Enforcement and Removal Operations ("ERO")[1] contacted me and advised that a previously removed alien named RAUL NAVARRO-CASTANEDA was encountered by deputies with the Greene County Sheriff's Department during a state issued search warrant in Greene County, Tennessee on January 2, 2025, and was being held in the Eastern District of Tennessee on an administrative immigration warrant.

---

[1] ERO is a division of ICE that enforces immigration law.

I was further advised that RAUL NAVARRO-CASTANEDA was assigned the alien registration number XXX-XXX-844.[2]

8. Upon receiving notification of RAUL NAVARRO-CASTANEDA's recent arrest, I used internal databases available to me as Special Agent employed by HSI to look up RAUL NAVARRO-CASTANEDA's alien registration number. Responsive records showed that RAUL NAVARRO-CASTANEDA is an undocumented alien from Mexico, that he has a criminal record in the United States, and that he has been deported from the United States on multiple prior occasions.

9. ICE records show that ICE first encountered RAUL NAVARRO-CASTANEDA on or about May 5, 2004, at the Morgan County Correctional Complex in Morgan County, Tennessee, which is part of the Tennessee Department of Corrections. RAUL NAVARRO-CASTANEDA was paroled from the Tennessee Department of Corrections after serving a portion of an eight-year sentence RAUL NAVARRO-CASTANEDA received for a guilty verdict of Possession of Schedule II with the Intent to Sale; to wit, Cocaine. Thereafter, RAUL NAVARRO-CASTANEDA was deported from the United States.

10. ICE records further show that ICE subsequently encountered RAUL NAVARRO-CASTANEDA on or about December 6, 2023, in Washington County, Tennessee following his arrest for driving related offenses by the Johnson City, Tennessee Police Department. Upon being apprehended, RAUL NAVARRO-CASTANEDA was again deported from the United States at or near Harlingen, Texas.

---

[2] An Alien Registration Number ("A-Number") is a unique number that identifies non-citizens in the United States. An A-Number is assigned by the United States Citizenship and Immigration Service ("USCIS").

3

11. In addition to reviewing ICE records, I personally reviewed court records that confirmed that RAUL NAVARRO-CASTANEDA previously was convicted of a felony drug offense in the United States. Specifically, on July 18, 2002, RAUL NAVARRO-CASTANEDA was convicted in the Criminal Court of Greene County, Tennessee, for the crime of Possession of Schedule II with Intent to Sell; to wit; Cocaine, in violation of TCA 39-17-417. RAUL NAVARRO-CASTANEDA received a sentence of eight years imprisonment based on his conviction.

12. Since being deported from the United States in 2024, RAUL NAVARRO-CASTANEDA re-entered the United States at an unknown location, on an unknown date, and without inspection or parole by a United States Immigration Official. Additionally, RAUL NAVARRO-CASTANEDA has not obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

## CONCLUSION

13. On or about January 2, 2026, within the Eastern District of Tennessee, defendant, RAUL NAVARRO-CASTANEDA, an alien, was found in the United States after having been removed and deported therefrom on or about January 16, 2024, and whose deportation was subsequent to a felony conviction, and not having obtained the express consent of the Secretary of Homeland Security or the Attorney General of the United States to reapply for admission to the United States in violation of Title 8, United States Code, Section 1326(a) and (b).

4

14. Based on the foregoing, probable cause exists to believe that RAUL NAVARRO-CASTANEDA committed a violation of 8 U.S.C. § 1326.

Respectfully submitted, this 7th day of January 2026.

*signature*
John Bulla
Special Agent, HSI

Sworn to before me and signed in my presence.

Date: 1/7/26

*signature*
Cynthia Richardson Wyrick
UNITED STATES MAGISTRATE JUDGE